IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:09-CV-127-RLV-DCK

| | |
|---|---|
| E. RICK MILLER CONSTRUCTION CO., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| ROBERTH W. MUGRIDGE and ) | |
| DEBORAH A. MUGRIDGE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Motion To Stay Pending Mediation" (Document No. 6) filed April 13, 2010. This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b), and immediate review is appropriate.

Having carefully considered the motions, and for good cause shown, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Joint Motion To Stay Pending Mediation" (Document No. 6) is **GRANTED**.

**IT IS FURTHER ORDERED** that a report on the result of the mediated settlement conference shall be filed on or before **July 1, 2010**.

Signed: April 13, 2010

David C. Keesler
United States Magistrate Judge