IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL DOCKET NO. 5:09CV127-V

| E. RICK MILLER CONSTRUCTION COMPANY, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) |
| ROBERT W. MUGRIDGE and DEBORAH A. MUGRIDGE, | ) |
| Defendants. | ) |

**O R D E R**
**Directing Entry of Final Judgment**

**THIS MATTER** is before the Court upon receipt of the Arbitration Order, dated August 9, 2011, and filed with this Court on August 22, 2011. (Document #14)

This matter was stayed by the Court on January 27, 2011 so that binding arbitration could occur consistent with the terms of the parties' agreement. (Document #12) Arbitration took place on July 19, 2011, Attorney and Certified Mediator Claude D. Smith, Jr., presiding. According to the Arbitrator's factual findings and conclusions of law, judgment is properly entered in favor of Plaintiff E. Rick Miller Construction Company and against the Defendants Robert W. Mugridge and Deborah A. Mugridge in the amount of $58,955.71. (Arbitration Order at 6)

**IT IS HEREBY ORDERED** that the stay imposed by this Court pending arbitration is no longer in effect. **IT IS FURTHER ORDERED** that the Deputy Clerk shall prepare and file a civil **JUDGMENT** against the Defendants in the amount of **$58,955.71** pursuant to the Arbitration Order.

Signed: August 29, 2011

Richard L. Voorhees
United States District Judge