# United States District Court
# For The Western District of North Carolina
# Statesville Division

E. RICK MILLER CONSTRUCTION
COMPANY,

        Plaintiff(s),                          JUDGMENT IN A CIVIL CASE

vs.                                                        CASE NO. 5:09CV127

ROBERT W. MUGRIDGE AND
DEBORAH A. MUGRIDGE,

        Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment against the Defendants in the amount of $58,955.71 is hereby entered in accordance with the Court's August 29, 2011, Order and pursuant to the Arbitration Order.

                                                Signed: August 29, 2011

                                                */s/ Frank G. Johns*

                                                Frank G. Johns, Clerk
                                                United States District Court