# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CASE NO. 5:09-cv-00127-RLV

| | |
|---|---|
| E. RICK MILLER CONSTRUCTION COMPANY, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )    **ORDER**<br>) |
| ROBERT W. MUGRIDGE and DEBORAH A. MUGRIDGE, | )<br>)<br>) |
| Defendants. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's Motion for Final Execution and Issuance of Writ of Execution. (Doc. 23). Defendants Robert W. Mugridge and Deborah A. Mugridge have not filed a response to Plaintiff's motion, and the time to file a response has elapsed.

On August 29, 2011, this Court entered a judgment enforcing an arbitration order and awarding Plaintiff $58,955.71. (Docs. 15, 16). Subsequently, Defendants filed a Motion to Vacate Arbitration Award, (Doc. 17), which this Court denied, (Doc. 20). A Notice of Right to Have Exemptions Designated was issued by the Clerk on October 14, 2016, (Doc. 22), to which Defendants did not respond. Plaintiff represents that this Court's judgment has not been satisfied. (Doc. 23).

**IT IS, THEREFORE, ORDERED** that Plaintiff's Motion for Final Execution and Issuance of Writ of Execution (Doc. 23) is **GRANTED**. **IT IS FURTHER ORDERED** that Defendants have waived their right to exempt property from execution of judgment and that none

of the Defendants' property shall be set aside as exempt from the execution of this Court's judgment.

Signed: May 31, 2017

Richard L. Voorhees
United States District Judge